UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRANK GOLDSMITH,<br><br>                Plaintiff,<br><br>  vs.<br><br>JERRY BRADY, SPOKANE COUNTY JAIL and SPOKANE COUNTY,<br><br>                Defendants. | NO.  CV-07-299-EFS<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE** |

    Before the Court, without oral argument, is Plaintiff Frank Goldsmith's Motion to Voluntarily Dismiss Complaint (Ct. Rec. 8) pursuant to Fed. R. Civ. P. 41(a).  Defendants have not been served in this action.  Accordingly, **IT IS HEREBY ORDERED**: Plaintiff's Motion to Voluntarily Dismiss Complaint **(Ct. Rec. 8)** is **GRANTED**; the Complaint is **DISMISSED WITHOUT PREJUDICE.**

    Plaintiff also filed a Motion to Wave [sic] Remander [sic] of Filing Fee Collection.  (Ct. Rec. 9.)  For good cause shown, **IT IS HEREBY ORDERED:** Plaintiff's Motion to Wave [sic] Remander [sic] of Filing Fee Collection **(Ct. Rec. 9)** is **GRANTED**; the institution having custody of Mr. Goldsmith shall cease collection of the filing fee in this action, cause number **CV-07-299-EFS**.

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 1

**IT IS SO ORDERED.** The District Court Executive is directed to:

1. Enter this Order;

2. Enter judgment of dismissal without prejudice;

3. Forward a copy to Plaintiff; and

4. Close the file.

5. The District Court Executive is further directed to send a copy of this Order to the **Spokane County Jail, Attn: Jail Office Supervisor, W. 1100 Mallon, Spokane, WA  99260,** to forward to the appropriate agency having custody of Plaintiff.  The District Court Executive also **shall** provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

**DATED** this____6th_____day of December 2007.


                              S/ Edward F. Shea
                            EDWARD F. SHEA
                            UNITED STATES DISTRICT JUDGE

Q:\Civil\2007\299.DA.Dismiss.wpd

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 2